# United States Navy–Marine Corps Court of Criminal Appeals

Before
DALY, GROSS, and de GROOT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Daryn M. ONGSING**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202400370**

_____

Decided: 21 January 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Matthew M. Harris

Sentence adjudged 7 June 2024 by a special court-martial tried at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3.

For Appellant:
*Ms. Kimberly D. Barnes*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment is deficient. The Entry of Judgment does not accurately reflect the pleas of Appellant. Appellant has the right for the Entry of Judgment to accurately summarize each specification referred to trial as required by Rule for Courts-Martial (R.C.M.) 1111(b)(1)(A) and *United States v. Wadaa*.[2] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Wadaa*, 84 M.J. 652, 655 (N-M. Ct Crim. App. 2024).

[3] *United States v. Sutton*, 81 M.J. 677 (N-M. Ct. Crim. App. 2021); *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 20240370 |
| v. | **ENTRY OF JUDGMENT** |
| **Daryn M. ONGSING**<br>**Corporal (E-4), U.S. Marine Corps** | |
| *Accused* | *As Modified on Appeal* |
| | **21 January 2026** |

On 7 June 2024, the Accused was tried at Marine Corps Air Station Miramar, California by special court-martial consisting of a military judge sitting alone. Military Judge Matthew M. Harris presided.

## FINDINGS

The following are the Accused's pleas and the Court's finding to all offenses the convening authority referred to trial:

**Charge:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Not Guilty.
*Finding:* Guilty.

**Specification 1:** **(Failure to obey a lawful general order): In that Corporal Daryn M. Ongsing, U.S. Marine Corps, did at or near Marine Corps Air Station Miramar, California, on divers occasions between on or about 12 June 2023 and on or about 25 July 2023, violate a lawful general order, which was his duty to obey, to wit: Paragraph 5 of Chapter 1, of Enclosure 2 Marine Corp Order 5354.1F, dated 20 April 2021, by wrongfully harassing:**

**Corporal C.S. by making statements to others about the said Corporal C.S. having to clean and lick floors;**

> **Lance Corporal M.L.S. by calling the said Lance Corporal a "bitch";**
>
> **Lance Corporal L.J.L. by making statements about the said Lance Corporal L.J.L.'s sexuality;**
>
> **Corporal C.S., Corporal R.K.K., Lance Corporal M.L.S., and Lance Corporal L.J.L. by making sexist statements toward the said Marines;**
>
> **Corporal C.S., Corporal R.K.K., Lance Corporal M.L.S., Lance Corporal J.D.W., and Lance Corporal L.J.L. by not giving the said Marines sufficient time to secure food and report for duty after physical training;**
>
> **Corporal C.S., Corporal R.K.K., Lance Corporal M.L.S., Lance Corporal J.D.W., and Lance Corporal L.J.L. by not giving the said Marines sufficient time to hygiene and report to duty after physical training;**
>
> **Corporal C.S., Corporal R.K.K., Lance Corporal M.L.S., Lance Corporal J.D.W., and Lance Corporal L.J.L. by issuing the said Marines written counselings.**
>
> **Corporal C.S., Corporal R.K.K., Lance Corporal M.L.S., Lance Corporal J.D.W., and Lance Corporal L.J.L. by causing the said Marines to receive written counselings.**
>
> *Plea:* Not Guilty.
>
> *Finding:* Not Guilty.*
>
> **Not Guilty of the following language pursuant to R.C.M. 917:*
>
> *- Corporal C.S. by making statements to others about the said Corporal C.S. having to clean and lick floors;*
>
> *-Lance Corporal M.L.S. by calling the said Lance Corporal M.L.S. a "bitch."*

**Specification 2:** **(Failure to obey a lawful general order): In that Corporal Daryn M. Ongsing, U.S. Marine Corps, did at or near Marine Corps Air Station Miramar, California on divers occasions between on or about 12 June 2023 and or about 25 July 2023, violate a lawful general order,**

which was his duty to obey, to wit: Paragraph 3 of Chapter 1, Enclosure 2 to Marine Corps Order 5354.1F, dated 20 April 2021, by wrongfully bullying;

Lance Corporal M.L.S. by calling the said Lance Corporal M.L.S. a "bitch";

Corporal C.S., Lance Corporal M.L.S., Lance Corporal L.J.L. by making sexist comments toward the said Marines;

Lance Corporal L.J.L. by making statements about the said Lance Corporal L.J.L.'s sexuality.

*Plea:* Not Guilty.
*Finding:* Not Guilty.#

*# Not Guilty of the following language pursuant to R.C.M. 917:*
*-Lance Corporal M.L.S. by calling the said Lance Corporal M.L.S. a "bitch"*

**Specification 3:** **(Failure to obey other lawful general order): In that Corporal Daryn M. Ongsing, U.S. Marine Corps, did at or near Marine Corps Air Station Miramar, California on divers occasions between on or about 12 June 2023 and or about 25 July 2023, violate a lawful general Order, which was his duty to obey, to wit: Paragraph 3 of Chapter 1, Enclosure 2 to Marine Corps Order 5354.1F, dated 20 April 2021, by wrongfully harassing:**

**Corporal R.K.K. by poking the said Corporal's stomach and asking, "what is this";**

**Lance Corporal M.L.S. by making the said Lance Corporal M.L.S. do a wall sit exercise, yell "I will not be late," and do plank exercises on a hot pad;**

**Lance Corporal J.D.W. by poking the said Lance Corporal's stomach during ammo can lift exercises and calling the said Lance Corporal "fat".**

*Plea:* Not Guilty

*Finding:* Guilty except for the words "on a hot pad"; of the excepted words: not guilty. Of the specification as excepted: Guilty.$

*$ Not Guilty of the following language pursuant to R.C.M. 917:*

*- and calling the said Lance Corporal "fat."*

## SENTENCE

On 7 June 2024, the military judge sentenced the Accused to the following:

**Reduction to E-3**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court